ACCEPTED
03-15-00511-CV
8322213
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/21/2015 12:14:41 PM
JEFFREY D. KYLE
CLERK

## No. 3-15-00511-CV

## IN THE COURT OF APPEALS
## THIRD COURT OF APPEALS DISTRICT
## AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/21/2015 12:14:41 PM
JEFFREY D. KYLE
Clerk

## DIANE V. WADE,
**Appellant,**

**v.**

## DAVID'S LANDSCAPING AND DAVID'S LANDSCAPING, INC,
**Appellee.**

## On Appeal from the County Court at Law Number Two of Travis County, Texas
## Trial Cause No. C-1-CV-12-001119

## APPELLEE'S MOTION FOR EXTENSION OF TIME TO FILE APPELLEE BRIEF

TO THE HONORABLE THIRD COURT OF APPEALS:

COMES NOW, Appellee, David's Landscaping and David's Landscaping, Inc., and pursuant to the Texas Rules of Appellee Procedure 38.6(d) and 10.5(b), files this Motion for Extension of Time to File Appellee Brief and in support thereof would show as follows:

I.

Appellee's brief in this case is currently due December 21, 2015. For reasons set forth below, Appellee is requesting an extension of 21-days until January 11, 2015 to file its Appellee brief. This is the first request for an extension of time to file its brief made by Appellee. This request is not being filed for purposes of delay, but so that justice may be done.

- 1 -

II.

Appellant has filed this appeal in multiple docket numbers, but Appellee believes the instant to be the docket number this appeal will be proceeding under. Appellee's counsel requests the extension due to a number of unexpected events requiring his attention. Recently he completed trial in an unrelated matter and remains committed to handling a number of unanticipated post-trial items in that matter. Additionally, due the holiday season and staff taking vacation leave, Appellee's counsel's resources are limited in availability.

WHEREFORE, Appellee respectfully requests that this Court grant this Motion for Extension of Time to File Appellee's Brief and extend the time to file said brief from December 21, 2015 to January 11, 2015.

Respectfully submitted,

CLARK, TREVINO & ASSOCIATES
Mailing Address:
P.O. Box 258829
Oklahoma City, OK  73125-8829
Physical Address:
1701 Directors Boulevard, Suite 920
Austin, Texas  78744
Telephone:  (512) 445-1580
Telecopier:  (512) 383-0503

By: _____
ROBERT A. HOUSE
State Bar No.: 24071591
COUNSEL FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2015 a true and correct copy of the above and foregoing document was served upon counsel of record, Mr. Stuart Whitlow, 1104 S. Mays, Suite 116, Round Rock, Texas 78664, either by facsimile or electronic delivery.

_____
ROBERT A. HOUSE

## <u>CERTIFICATE OF CONFERENCE</u>

I believe Appellant's counsel would be in agreement, however, attempts to contact counsel for Appellant, Mr. Stuart Whitlow, have been unsuccessful.

_Robert A House_ _____
ROBERT A. HOUSE